UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH L. MAXWELL | CIVIL ACTION |
| VERSUS | NO. 11-2161 |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY ET AL. | SECTION "J" (2) |

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:   (1)   Plaintiff's Motion to Compel Answers and Responses to Interrogatories and Requests for Production Propounded to Defendants, Record Doc. No. 9
(2)   Defendants' Motion to Quash Plaintiff's Interrogatories and Requests for Production of Documents, Record Doc. No. 16

O R D E R E D:

(1) : DENIED.  This is an ERISA case.  As a general matter, it must be resolved on the administrative record, and discovery is not permitted, except in the limited circumstances and for the limited purposes recognized in the case law. Crosby v. Louisiana Health Service & Indem. Co., 647 F.3d 258, 263 (5th Cir. 2011); Vega v. National Life Ins. Servs., Inc., 188 F.3d 287, 299-300 (5th Cir. 1999) (citing with approval the compilation of cases collected in Wildbur v. ARCO Chemical Co., 974 F.2d 631, 639 & n. 15 (5th Cir. 1992); Miles v. AIG Life Ins. Co., 2004 WL 2988472 (E.D. La. Dec. 8, 2004) (Wilkinson, M.J.). Plaintiff's motion makes no effort to explain how the subject discovery requests might fit within these limited exceptions or purposes.  In the absence of any such explanation, I can discern no permissible purpose for which the requested discovery might be permitted.

(2) : GRANTED. For the reasons and based upon the decisions cited above, the subject discovery requests are QUASHED. Responses are not required.

New Orleans, Louisiana, this   8th   day of February, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE